

FILED
8/26/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA John Pavletic (312) 697-4088

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DANIEL L. SALLAY

Case No.:  25 CR 511
DANIEL P. McLAUGHLIN
Magistrate Judge

## AFFIDAVIT IN REMOVAL PROCEEDING

I, ANTHONY DEUTSCH, appearing before United States Magistrate Judge DANIEL P. McLAUGHLIN by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that DANIEL L. SALLAY has been charged by Complaint in the Eastern District of Texas with the following criminal offense: conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h).

A copy of the Complaint is attached. A copy of the arrest warrant also is attached.

Anthony Deutsch (DPM w/permission)
ANTHONY DEUTSCH
Special Agent
United States Secret Service

SWORN TO AND AFFIRMED by telephone this 26th day of August, 2025.

DANIEL P. McLAUGHLIN
United States Magistrate Judge

FILED: 8/25/25
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| United States of America | ) | **SEALED** |
| v. | ) | |
| | ) | Case No. 6:25-MJ- 1 3 4 |
| | ) | |
| DANIEL LEE SALLAY | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DANIEL LEE SALLAY ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h)

Date:  *P—25—25*

_____
*Issuing officer's signature*

City and state:   Tyler, Texas

John D. Love, United States Magistrate Judge
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____ *Arresting officer's signature* |
| | _____ *Printed name and title* |

DOCUMENT 3

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____     Weight: _____

Sex: _____     Race: _____

Hair: _____     Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Texas

| United States of America | ) | **SEALED** |
| v. | ) | |
| | ) | Case No.   6:25-MJ- 134 |
| | ) | |
| DANIEL LEE SALLAY | ) | |
| | ) | |

*Defendant(s)*

**FILED**

AUG 2 5 2025

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___November 2023 until July 2024___ in the county of _____Gregg_____ in the

___Eastern___ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Brad Schley, United States Secret Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   8-25-25

City and state:          Tyler, Texas

_____
*Judge's signature*

John D. Love, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:25-MJ-134 |
| | § | JUDGE LOVE |
| DANIEL LEE SALLAY | § | |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

From in or about November 2023, and continuing through in or about July 2024 the exact dates being unknown, in the Eastern District of Texas, and elsewhere, the defendant, Daniel Lee SALLAY, did knowingly combine, conspire, and agree with other persons known and unknown to commit offenses against the United States in violation of 18 U.S.C. §§ 1956 and 1957, that is:

a. to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, wire fraud, a violation of 18 U.S.C. § 1343, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the

proceeds of some form of unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(B)(i);

b.  to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, wire fraud, a violation of 18 U.S.C. § 1343, knowing that the transaction was designed in whole and in part to avoid a transaction reporting requirement under state and federal law, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, represented the proceeds of some form of unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(B)(ii);

c.  to knowingly transport and transmit and transfer and attempt to transport and transmit and transfer funds from a place in the United States to and through a place outside the United States knowing that the funds involved in the transportation represent the proceeds of some form of unlawful activity and knowing that such transportation was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, that is, wire fraud, a violation of 18 U.S.C. § 1343, in violation of 18 U.S.C. § 1956(a)(2)(B)(i);

d.  to knowingly transport and transmit and transfer and attempt to transport and transmit and transfer funds from a place in the United States to and through a place outside the United States knowing that the funds involved

in the transportation represent the proceeds of some form of unlawful activity, that is, wire fraud, a violation of 18 U.S.C. § 1343, and knowing that such transportation was designed in whole or in part to avoid a transaction reporting requirement under state and federal law, in violation of 18 U.S.C. § 1956(a)(2)(B)(ii); and

e.     to knowingly engage and attempt to engage, in monetary transactions by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, and such property having been derived from a specified unlawful activity, that is, wire fraud, a violation of 18 U.S.C. § 1343, in violation of 18 U.S.C. § 1957.

All in violation of 18 U.S.C. § 1956(h).

I, further state that I, Brad Schley, am a Special Agent (SA) with the United States Secret Service (USSS), being duly sworn, depose and state as follows:

## INTRODUCTION

1.     I have been employed as a Special Agent with the United States Secret Service since September 2001. During my tenure with the Secret Service, I have been assigned to investigate violations of federal laws, including violations of Title 18 of the United States Code, and specifically those related to the passing of counterfeit United States currency and wire fraud. I received criminal investigative training at the Federal Law Enforcement Training Center in Glynco, Georgia, and at the James J. Rowley Secret Service Training Center in Beltsville, Maryland, pertaining to criminal investigations of

Affidavit – Page 3

counterfeit currency, bank fraud, money laundering, wire fraud, access device fraud, and identity theft. During my employment with the USSS, I have conducted investigations resulting in the arrest of suspects and seizures of criminally derived property. I am an investigative and law enforcement officer of the United States, in that I am empowered by law to conduct investigations and to make arrests for felony offenses, under authority of 18 U.S.C. § 3056.

2.      This affidavit is submitted in support of a criminal complaint alleging that Daniel Lee SALLAY has violated 18 U.S.C. § 1956(h). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging Daniel Lee SALLAY with conspiracy to commit money laundering, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offenses alleged in the complaint. The information contained in this affidavit is from my personal knowledge and from information provided to me by witnesses and by other law enforcement personnel involved in the investigation.

## **FACTS SUPPORTING PROBABLE CAUSE**

3.      I am a case agent in an investigation led by the U.S. Secret Service (USSS). One of the subjects of the investigation is Daniel Lee SALLAY (SALLAY). The investigation has revealed that SALLAY conspired with other known and unknown individuals to conduct transactions in an effort to conceal the nature, source, ownership, and control of specified unlawful activity, in violation of 18 U.S.C. § 1956. The specified unlawful activities identified herein that are violations of 18 U.S.C. § 1343. In sum,

**Affidavit – Page 4**

SALLAY entered into agreements with co-conspirators in an effort to steal money from the victims and conceal the proceeds.

4.    By way of background, I have learned through my training and experience that there are many different types of wire fraud schemes, such as romance scams, business email compromise schemes (BEC), lottery scams, bail money scams, advance payment fee scams, etc.

5.    This investigation involves victims of business email compromise fraud schemes who suffer significant financial losses. The proceeds of these fraud schemes are then laundered through a series of financial accounts that were established in the names of shell companies by suspects who utilized fictitious drivers' licenses of identity theft victims. The goal of most wire fraud schemes, like those described herein, is to steal money from the victims through fraud and deceit. The wire fraud schemes also rely on individuals to serve as "money mules" who utilize various types of financial accounts to conduct a variety of financial transactions.

6.    In August 2024, the USSS Tyler Resident Office began an investigation of a criminal money laundering syndicate operating business email compromise scams. Once the victims send their funds to a domestic bank account, the funds are laundered through additional domestic accounts and are eventually sent to a cryptocurrency exhange where the fiat currency is exchanged for cryptocurrency.

7.    Once the cryptocurrency is initially purchased, it is further laundered through a series of transactions and conversions in an attempt to obsfucate the original source of the funds.  Law enforcement personnel in the USSS Tyler Resident Office have

**Affidavit – Page 5**

worked with cryptocurrency exchages to identify the account holders receiving these proceeds and further trace the proceeds to addtional cryptocurrency deposit addresses.

## VICTIM IDENTIFIED IN BEC FRAUD SCHEME

8.      In August 2024, the complainant was notified by a Texas Bank and Trust[1] (TB&T) bank employee, that a TB&T customer sustained a loss of approximtely $600,000 when the business customer was a victim of a BEC fraud scheme.

9.      Specifically, the victim identified as Lapetco, Inc, was involved in a legitimate business transaction with Pontem Energy Partners, LP and discussed the business transaction via email with an attorney. In fact, as part of this deal Lapetco, Inc conducted two successful transactions for this business transaction.

10.     However, on or about July 31, 2024, the parties involved in the transaction who represented Lapetco, Inc and Pontem Energy Partners received an email from an unknown co-conspirator who mimicked the legitimate attorney's email address domain, rfhfirm.com, by adding an "l" between the f and h, rflhfirm.com. This new email advised the group that the wire/payment information for the transaction has changed and would provide the updated bank information.

11.     The new bank information was sent via the mimicked email and advised the funds for this business transaciton should be sent to the Citizens Bank account number 6318290242 in the name of Pontem Energy Partners LP.

---

[1]Texas Bank and Trust is a financial institution headquartered in Longview, TX within the Eastern District of Texas.
**Affidavit – Page 6**

12. On or about July 31, 2024, Lapetco employees followed the newly received instructions and sent approximately $600,000 from their TB&T account to the Citizens Bank account number 6318290242 in the name of Pontem Energy Partners LP.

13. On or about August 2, 2024, Lapetco employees were notified by the intended business partner that they have not received the $600,000 for their business transaction. As a result, the fraudulent nature of the emails was discovered and was reported to the Addison Police Department under report number 24-8302.

## PROCEEDS OF THIS BEC ARE LAUNDERED THROUGH DOMESTIC ACCOUNTS

14. On or about August 5, 2024, a Citizens Bank employee notified the complainant that the funds in the Citizens Bank account ending in 0242 were dispersed to a Truist Bank account in the name of The Haggard LLC, account number 1340026296187 and to the First Horizon Bank account in the name of The Haggard Firm LLC, account number 220007264544. The person who opened the Truist account on behalf of The Haggard LLC gave an address of 3105 Selkirk Pl, Raleigh, North Carolina. Although the account opening docs do not list the name of an individual signer (it only lists The Haggard LLC), the signature provided matches the "Dustin Wetor" signature that Daniel Lee Sallay has used as an alias on multiple accounts:

Affidavit – Page 7

**TRUIST SIGNATURE CARD (NORTH CAROLINA)**

NAME AND ADDRESS OF DEPOSITOR

THE HAGGARD LLC

3105 SELKIRK PL
RALEIGH          NC  27604-0000

| ACCOUNT NUMBER | OWNERSHIP DESIGNATION | ACCOUNT OPENING DATE | REVISED CARD DATE |
|---|---|---|---|
| 1340828296187 | Limited Liability Company | 11/29/2023 | |

Opened/Updated By _THANG T HOANG IV_____ 00069___ Approved By _____     Branch Location ___6012012___

**IDENTIFICATION**

Type of ID _O ABH____ Issued By _NC___ ID Number _934355640____     Expiration Date _____ Date of Birth _____

Second Type of ID _____ Issued By _____ ID Number _____     Expiration Date _____

Employer _____     Cell Phone Number _( 803 )_ 758-9753_ Home Phone Number (____) _____

Address as listed on ID _____     Work Phone Number (____) _____

**IDENTIFICATION**

Type of ID _____ Issued By _____ ID Number _____     Expiration Date _____ Date of Birth _____

Second Type of ID _____ Issued By _____ ID Number _____     Expiration Date _____

Employer _____     Cell Phone Number (____) _____ Home Phone Number (____) _____

Address as listed on ID _____     Work Phone Number (____) _____

---

Check Appropriate Box for Depositor

☐ Individual / Sole Proprietor / single-member LLC    ☐ C Corporation    ☐ S Corporation    ☐ Partnership    ☐ Trust/Estate    ☐ Limited Liability Company

Enter the tax classification (C = C corporation, S = S corporation, P = Partnership) ☐
Note:  Check the appropriate box in the above for the tax classification of the single-member owner.  Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes.  Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (See Instructions.)

Exemptions: See Instructions Exempt Payee code (if any) ☐   Exemption from FATCA reporting code (if any) ☐   ☐ N/A (applies to accounts maintained outside the U.S.)

Certification - Under penalties of perjury, I, as authorized agent of the Depositor certify that:

1. The Depositor's correct taxpayer identification number is printed below for the Depositor (is waiting for a number to be issued), and
2. The Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and
3. The Depositor is a U.S. citizen or other U.S. person (defined in the instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that the Depositor is exempt from FATCA reporting is correct.

Certification Instructions.  You must cross out item 2 above if the Depositor has been notified by the IRS that the Depositor is currently subject to back withholding because the Depositor has failed to report all interest and dividends on the Depositor's tax return.

Form W-9 Instructions  Instructions to the Form W-9, including definitions, are available upon request.

---

Complete as applicable - only one beneficiary permitted if an entity.

Name of Beneficiary: _____ SSN/EIN: _____ Relationship: _____

Address of Beneficiary: _____

ID: _____

Name of Beneficiary: _____ SSN/EIN: _____ Relationship: _____

Address of Beneficiary: _____

ID: _____

Name of Beneficiary: _____ SSN/EIN: _____ Relationship: _____

Address of Beneficiary: _____

ID: _____

**BUSINESS ACCOUNTS**

By my/our signature below, I/We certify that: (1) I/We have received the "Commercial Bank Services Agreement" and the "Business Deposit Accounts Fee Schedule" and on behalf of the Depositor agree to the terms of each document, and (2) I/We give consent to verify my/our credit references.

Please sign beside the Printed Name(s) only.  If signature line does not have a Printed Name, then a signature is not required on that line.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications in the box above which are required to avoid backup withholding.*

| 934355640 | THE HAGGARD LLC | | 11/29/2023 |
|---|---|---|---|
| TIN of Depositor | Printed Name of Depositor | Signature of Designated Representative and Title | DATE |

| | | |
|---|---|---|
| TIN of Signer | Printed Name of Signer | DATE |

DDASIGXXX1021340026296187

8005XX_BB (11/8)     Page 1 of 1

14.     Records obtained from First Horizon Bank show that on November 24,

2023, a person claiming to be "Dustin Wetor" opened the First Horizon account and gave

3105 Selkirk Pl, Raleigh, North Carolina, as the address for The Haggard LLC. "Dustin

Wetor" is a known alias of Daniel Lee Sallay, and the signature for "Dustin Wetor" on

the First Horizon account matches the signature provided on the Truist account:

15.     On August 5, 2024, the complainant contacted a Truist Bank employee regarding account ending in 6187 and its receipt of funds that were derivived from the BEC fraud scheme. The Truist bank employee advised that approximately $251,000 remained in the account ending in 6187. However, the remaining funds, $247,455.00 were sent to Kraken, a domestic cryptocurrency exchange, to the credit of Kraken account AA04 NB4G U4Z6 WNFI.

16.     Also on August 5, 2024, the complainant contacted an employee at First Horizon Bank regarding the bank account ending in 4544. The First Horizon Bank employee informed the complainant that in addition to the funds from Citizens Bank account in the name of The Haggard LLC, account ending in 4544 also received an ACH deposit of $1,408,850.00 that was also reported by the sending bank/victim to be the proceeds of a BEC[2]. The First Horizon Bank employee also stated the funds in account ending in 4544 were depleted by transactions to the Kraken account AA04 NB4G U4Z6 WNFI.

17.     Records pertaining to Kraken account AA04 NB4G U4Z6 WNFI (WNFI) were obtained by USSS TFO John Partlow via subpoena. The records indicate the Kraken account was opened on or about January 27, 2024, and held in the name of The Haggard LLC with signor "Dustin Wetor." The account opening records included a photograph of a state of Wisconsin Driver's License indexed under number W360-1648-5285-02; date of birth August 5, 1985, and address W6913 State Road 28, Cascade, Wisconsin. Also

_____

[2] The victim of this BEC filed a report with the Internet Crime Complaint Center, IC3.gov.
**Affidavit – Page 10**

included was a selfie of Wetor whose image matched that contained on the driver's license. NLETS database queries indicate the information contained on the driver's license was genuine, however, the image of the individual on this driver's license is actually Daniel Lee Sallay, whose booking photo matches the photo on this driver's license[3]. Account opening documents obtained from Kraken also indicate that The Haggard LLC "specializes in commercial and residential rehabs and renovation."

18.     A review of the Kraken records indicate the funds in the account were converted to cryptocurrency and dispersed to deposit address 0xb4de0c6c0287ff7d286152349fe5bfccd1c965b6 (0xb4de) held at the Binance exchange. Specifically, from August 3, 2024, through August 5, 2024, a total of $449,471 USDT was transferred from the identified Kraken account to 0xb4de in three separate transactions. The Binance records for deposit address 0xb4de were obtained and reviewed. The proceeds contained in this Binance account were seized via seizure warrant (6:24-MJ-208) that was issued in the Eastern District of Texas.

### DANIEL LEE SALLAY'S ARREST IN NASHVILLE, TENNESSEE

19.     On July 18, 2024, Daniel Lee Sallay was arrested while he was attempting to open bank accounts at the First Horizon Bank with fictitious identifications. During the arrest of Daniel Lee Sallay by Metropolitan Nashville Police Officers, Sallay was found to be in possession of at least two identifications, one state of Ohio driver's license bearing the name of Corey L. Phillips and one state of Alaska driver's license bearing the

---

[3] Sallay was arrested in Nashville, TN upon his attempt to open a bank account utilizing a fake identification.
**Affidavit – Page 11**

name of Chris Rathbone. Both of these identifications contain the image of Daniel Lee Sallay. Finally, during Sallay's arrest in Nashville, Metropolitan Nashville Police Officers found a Motorola cell phone in Sallay's possession.

20.     This investigation confirmed that additional Kraken accounts were opened using both of the identifications found in Sallay's possession during his arrest in Nashville, Tennessee. The records for these Kraken accounts were also reviewed by USSS investigators, who traced financial transactions that lead to the identification of additional victims of BEC fraud schemes.

## SEARCH WARRANT OBTAINED FOR SALLAY'S CELL PHONE

21.     On April 7, 2025, a search and seizure warrant (6:25-MJ-55) was obtained in the Eastern District of Texas for SALLAY's cell phone. Under the authority of this warrant, USSS investigators reviewed the communications that were stored on this device. Specifically, the chat and/or text messages stored on this device contain several conversations with multiple individuals, to include an individual identified in SALLAY's contacts as "Mac." The conversation between SALLAY and "Mac" includes approximately 629 Telegram messages during the time period November 21, 2023 – July 18, 2024 (date of SALLAY's arrest in Nashville, Tennessee).

22.     The communications between SALLAY and "Mac" include apparent discussions of SALLY and "Mac" working together to open bank accounts using various shell company names that have been identified in this investigation as receiving fraud proceeds, to include proceeds from BEC fraud schemes.  In sum, the communications indicate "Mac" provides account opening information to SALLAY, who is transported to

**Affidavit – Page 12**

a bank branch and attempts to open the bank accounts with the information provided by "Mac." While SALLAY is in the bank opening accounts, there are several written communications between SALLAY and "Mac" regarding the status of SALLAY's progress with opening the bank accounts. Specifically, the below communications were identified on SALLAY's cell phone:

      a. **November 24, 2023:** Sallay states, "I think we are good here"; Mac Replies "wym", "you straight?"; and SALLAY responds "ya" [4]

      b. **November 29, 2023:** during the timeframe of 10:53 AM – 10:56 AM, SALLAY and Mac exchange texts such as "Yo" and "Bet"; SALLAY sends "call uber" to Mac, and Mac responds with "callin now you still inside?", SALLAY responds, "no". On the same date, the messages are similar during the time frame from 1:49 PM – 1:54 PM, to include SALLAY sending "Yo order it I'm good", mac responds with "7". On the same date between 3:23 PM – 3:27 PM, Mac sends "Good?", SALLAY responds "Almost done", Mac responds "Bet", and SALLAY responds with "Good though" and "done".

      c. **November 30, 2023**: during the timeframe 10:25 AM – 10:47 AM, Mac sends "garmon.flooring@gmail.com" "use this email", SALLAY responds with "to late", Mac sends "see if they can update" and SALLAY sends "ok it's switched", Mac responds "appreciate it",

---

[4] Sallay opened 3 First Horizon Bank accounts in the name of the Haggard LLC on this date using the name Dusin Wetor).

SALLAY sends "Almost done" "this bitch slow as fuck I need some soup im not doing good", Mac responds "gotchu soon as we leave we finna get some", SALLAY responds, "Order the Uber". On the same date, between the timeframe 11:23 AM – 11:43 AM, Mac sends "bear.firm1@gmail.com" and SALLAY responds, "I think we good this dude seems quick he said 20 minutes to set it all up" and Mac responds "Great."

d. **December 20, 2023**: during the timeframe 10:01 AM – 11:43 AM, SALLAY sends "What kind of business is this", Mac responds "They all construction business (remodeling of residential properties), SALLAY acknowledges by sending "Ok", Mac inquires with SALLAY, "you there?", SALLAY answers "Ya waiting", and a few minutes later SALLAY sends "Think we good hopefully", "yoo" "done", Mac responds with "Yo", "Bet" and SALLAY answers "Put that hungry man in the microwave for 7 minutes I got to charge my phone for a second and eat", Mac responds with "Already pulling up."

e. **December 21, 2023**: SALLAY sends "Send that info" and approximately 40 minutes later sends "order it".

f. **December 29, 2023**: at 11:41am Mac sends "They all construction business (remodeling of residential properties)" and then at 12:08 Mac sends "you good" and then at 12:23 sends "They straight?". SALLAY responds, "Sitting here waiting".

g. **January 4, 2024**: at 6:57AM Mac sends "Same way three accounts checks sent to bank setup everything!!", at 10:35AM SALLAY responds "L ASS'S AS0p." Mac responds with "Good ?" and "?!", and then between 11:15 AM and 11:17 AM SALLAY responds with "Ya" and "10 minutes." At 12:02 PM Mac responds "Good ?" and between 12:02 and 12:05 PM SALLAY responds with "IDK yet I'm in here talking" and "Yo this not good in here g", Mac responds "Why."

h. **January 5, 2024**: at 9:16 AM, Mac sends "4 mins black kia truck white man", "LMK if they sit you down G" and "Good?", and at 9:35 AM SALLAY responds "idk yet." Mac sends "lte" and SALLAY responds "Im good" and at 9:40 AM Mac sends "bet", and at 10:08 AM Mac continues to send "Silver ram truck", "8 mins", "4 mins" and "outside." At 10:58 AM SALLAY responds "It's just gonna be about 15 minutes and I'll be in" and Mac acknowledges with "Ok cool." At 11:35 AM SALLAY sends "Bro we opened plumcore here under this name I think I played it off but we will see" and Mac responds "Wym" and "you good ?", SALLAY responds "Ya I think" and "Plumcore is set up here already all the info was in the computer already" and "yes" and "ya." Mac acknowledges by sending "let bet lmk when you done" and at 11:43 AM SALLAY responds with "Ya probably ten minutes", and Mac responds "bet" and SALLAY sends "Order it", Mac sends "Walk to Arbus" "Arbys cross the street", SALLAY sends "Ok like 3

minutes." At 12:47 PM Mac sends "you good ?" and SALLAY responds "Don't know yet" and Mac sends "ok" and at 1:09 PM Mac sends "good ?" and SALLAY answers with "I think so" and at 1:12 PM Mac asks "you sat down ?" and SALLAY responds "ya I think we good" and Mac sends "Already bet." Later on this day at 5:17 PM SALLAY sends "owensplumcore Owensplum82" and "Capital O in the password".

23.     These communications illustrate how SALLAY was working with at least one other person during this money laundering conspiracy to establish a financial network to receive and launder the proceeds of a wire fraud scheme, namely a business email compromise.

## CONCLUSION

Based upon the aforementioned facts and circumstances, I believe there is probable cause to find that between from in or about November 2023, and continuing through in or about July 2024, the exact dates being unknown, in the Eastern District of Texas, and elsewhere, the defendant, Daniel Lee SALLAY, did knowingly combine, conspire, and agree with other persons known and unknown to commit offenses against the United States in violation of 18 U.S.C. §§ 1956 and 1957, that is:

a.     to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, wire fraud, a violation of 18 U.S.C. § 1343, knowing that the transactions were designed

**Affidavit – Page 16**

in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(B)(i);

b.    to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, wire fraud, a violation of 18 U.S.C. § 1343, knowing that the transaction was designed in whole and in part to avoid a transaction reporting requirement under state and federal law, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, represented the proceeds of some form of unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(B)(ii);

c.    to knowingly transport and transmit and transfer and attempt to transport and transmit and transfer funds from a place in the United States to and through a place outside the United States knowing that the funds involved in the transportation represent the proceeds of some form of unlawful activity and knowing that such transportation was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and

control of the proceeds of specified unlawful activity, that is, wire fraud, a violation of 18 U.S.C. § 1343, in violation of 18 U.S.C. § 1956(a)(2)(B)(i);

d. to knowingly transport and transmit and transfer and attempt to transport and transmit and transfer funds from a place in the United States to and through a place outside the United States knowing that the funds involved in the transportation represent the proceeds of some form of unlawful activity, that is, wire fraud, a violation of 18 U.S.C. § 1343, and knowing that such transportation was designed in whole or in part to avoid a transaction reporting requirement under state and federal law, in violation of 18 U.S.C. § 1956(a)(2)(B)(ii); and

e. to knowingly engage and attempt to engage, in monetary transactions by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, and such property having been derived from a specified unlawful activity, that is, wire fraud, a violation of 18 U.S.C. § 1343, in violation of 18 U.S.C. § 1957.

All in violation of 18 U.S.C. § 1956(h).

I therefore respectfully request that the Court issue a warrant for the arrest of Daniel Lee SALLAY for a violation of 18 U.S.C. § 1956(h), Conspiracy to Commit Money Laundering.

Affidavit – Page 18

I swear that this information is true to the best of my knowledge and belief.

BRAD SCHLEY
SPECIAL AGENT
UNITED STATES SECRET SERVICE

Subscribed and sworn to before me on this 25th day of August, 2025.

HONORABLE JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

Affidavit – Page 19

PER 18 U.S.C. § 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☐ INDICTMENT ☑ COMPLAINT | CASE NO. 6:25-MJ- 134

Matter Sealed: ☐ Juvenile ☑ Other than Juvenile
☐ Pre-Indictment Plea
☐ Superseding Information ☐ Defendant Added
☐ Superseding Indictment ☐ Charges/Counts Added

Name of District Court and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Tyler
Divisional Office

Name and Office of Person Furnishing Information on this Form | Ryan Locker
☑ U.S. Atty ☐ Other U.S Agency

Phone No. | 903-590-1400

Name of AUSA (if assigned) | Ryan Locker

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
United States Secret Service, SA Brad Schley

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ This person/proceeding transferred from another district per (check one) FRCrP 20, 21 or 40 (show district)

☐ This is a reprosecution of charges previously dismissed which were dismissed on a motion of: ☐ U.S. Atty ☐ Defense

☐ This prosecution relates to a pending case involving this same defendant (Notice of Related Case must still be filed with the Clerk). | SHOW DOCKET NO.

☐ Prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under: | MAG. JUDGE CASE NO.

USA vs.
Defendant Address: | DANIEL LEE SALLAY

FILED: **8/25/25**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

☐ Interpreter Required | Dialect:

Birth Date: | ☑ Male ☐ Female ☐ Alien (if applicable)

Social Security Number:

### DEFENDANT

Issue: ☑ Warrant ☐ Summons ☐ Notice/ECF

Location Status:

Arrest Date: | or Date Transferred to Federal Custody

☐ Currently in Federal Custody
☐ Currently in State Custody
    ☐ Writ Required
☐ Currently on bond
☐ Fugitive
    ☐ NCIC Entry Not Authorized

Defense Counsel (if any):
☐ FPD ☐ CJA ☐ RET'D
    ☐ Appointed on Target Letter

Place of Offense | Gregg | County | Texas

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED-- U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OF COMMENTS

Total # of Counts (for this defendant only) | 1 | ☑ Felony ☐ Misdemeanor

Felony - Count 1 = 18 U.S.C. § 1956(h) (Conspiracy to Commit Money Laundering)

DOCUMENT 2